IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-00072-09-CR-W-BCW |
| ) | |
| NORBERTO A. DANGLA-SANCHEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. #379) denying Defendant Norberto A. Dangla-Sanchez's Motion to Suppress Evidence Pursuant to Federal Rule of Criminal Procedure 12(b)(3) (Doc. #255). Defendant filed objections (Doc. #388) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Hays' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #379), Defendant's Motion to Suppress (Doc. #255) is DENIED. It is further

ORDERED that Magistrate Judge Hays' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 3, 2013                         /s/ Brian C. Wimes
                                               JUDGE BRIAN C. WIMES
                                               UNITED STATES DISTRICT COURT